02-11-240-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00240-CR

 

 


 
 
 Melinda Pena Duque
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM THE Criminal
District Court No. 3 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered the “Motion To Dismiss Appeal” filed by appellant Melinda Pena
Duque, pro se.  No decision of this court having been delivered before we
received this motion, we grant the motion and dismiss the appeal.  See Tex.
R. App. P. 43.2(f).

 

PER
CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  July 21, 2011

 








 









[1]See Tex. R. App. P. 47.4.